1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  LUCILLE GONZALES MEIS
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  SARAH RYAN, State Bar of Texas 17479500
5  Special Assistant United States Attorney

6     333 Market Street, Suite 1500
      San Francisco, CA 94105
7     Telephone:  415-977-8978     *E-FILED - 11/25/08*
8     Facsimile:  415-744-0134
      Email: sarah.ryan@ssa.gov
9
10 Attorneys for Defendant

11
12                             UNITED STATES DISTRICT COURT
13                             NORTHERN DISTRICT OF CALIFORNIA
14                                      SAN JOSE DIVISION

15 MAX FERNANDEZ, JR.                        )    CIVIL NO.  C 08-2266 RMW
16                                           )
           Plaintiff,                        )
17                                           )
           v.                                )    STIPULATION AND
18                                           )    ORDER FOR DEFENDANT'S SECOND
   MICHAEL J. ASTRUE,                        )    EXTENSION OF TIME TO RESPOND
19 Commissioner of Social Security           )    TO PLAINTIFF'S MOTION FOR
20                                           )    SUMMARY JUDGMENT;
           Defendant.                        )    [PROPOSED] ORDER GRANTING
21 _____           )    EXTENSION OF TIME
22
23      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
24 attached Order, that Defendant shall have a second extension of time of 30 days to respond to Plaintiff's
25 motion for summary judgment.  The requested extension is necessary due to permit the undersigned Special
26 Assistant United States Attorney, Sarah Ryan, to confer further with Defendant regarding this case.
27 Defendant's brief is currently due on November 14, 2008.  If the requested extension is granted, the new
28 deadline for filing Defendant's brief would be December 14, 2008, and the deadline for filing Plaintiff's
   optional reply brief would be extended accordingly.

WHEREFORE, the parties pray that Defendant be granted a second extension of thirty days in which to file his responsive brief.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:  November 12, 2008          By  /s/  Sarah Ryan
                                   SARAH RYAN
                                   Special Assistant United States Attorney

                                   Attorney for Defendant


Dated:  November 12, 2008          By  /s/ Terry LaPorte
                                   TERRY LaPORTE
                                   (By telephone permission)

                                   Attorney for Plaintiff

## DECLARATION OF SARAH RYAN

Comes now SARAH RYAN, who states upon her oath as an officer of the Court and upon penalty of perjury, that she has requested permission from the Court and Plaintiff for a second extension of time for the filing of the Defendant Commissioner's brief in the above cause, for the purpose of engaging in further discussions of the merits of the case with her client, through the Office of Disability Appeals Review (ODAR) and the Appeals Council.  Said attorney further states that she has acted with due diligence and believes in good faith that this second extension will serve the best interests of both parties and the Court.

Dated: November 12, 2008.          By  /s/ Sarah Ryan
                                   SARAH RYAN, Affiant

//

ORDER
===

IT IS ORDERED that Defendant's deadline for filing a responsive brief is hereby extended until December 14, 2008, and all other due dates are extended accordingly.

Dated: __11/24____, 2008

*Ronald M. Whyte*
THE HON. RONALD M. WHYTE
United States District Judge