```
1   JOSEPH P. RUSSONIELLO
    United States Attorney
2   LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX,
3   Social Security Administration
    SARAH RYAN,
4   State Bar of Texas #17479500
    Special Assistant United States Attorney
5
        333 Market Street, Suite 1500
6       San Francisco, California 94105
        Telephone: (415) 977-8978                   *E-FILED - 2/25/09*
7       Facsimile: (415) 744-0134

8   Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAX FERNANDEZ, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. C 08-2266 RMW <br><br> STIPULATION AND ORDER OF REMAND |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to offer Plaintiff a new hearing and decision.

Upon remand, the Office of Disability Adjudication and Review (ODAR) will vacate the prior decision and remand this case to an Administrative Law Judge (ALJ) for further administrative proceedings. Upon remand, Plaintiff will be offered a new hearing, with the opportunity to present new evidence and arguments. The Office of Disability Appeals Review (ODAR), acting through the Appeals Council, will give the ALJ the opportunity to comply with the Appeals Council's order regarding what

impact simple, routine, repetitive tasks would have on Plaintiff's occupational base. ODAR has agreed that this case will be assigned to a different ALJ on remand.

Dated: December 11, 2008.    /s/ *Terry LaPorte*
*(As authorized by facsimile)*
TERRY La PORTE
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel

Dated:   December 8, 2008    By: /s/ *Sarah Ryan*
SARAH RYAN
Special Assistant United States Attorney

Attorneys for Defendant

United States Social Security Administration

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The Clerk of Court is hereby ORDERED to enter a separate judgment pursuant to F. R. Civ. P. 58.

Dated:   2/25/09    ,

*Ronald M. Whyte*
The Hon. RONALD M. WHYTE
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MAX FERNANDEZ, | ) | CIVIL NO. C 08-2266 RMW |
| Plaintiff, | ) | |
| v. | ) | [] JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that the agency's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings as set forth in the parties' Stipulation of Remand, filed herein. This constitutes a final judgment under Fed. R. Civ. P. 58.

Dated: 2/25/09 .

*Ronald M. Whyte*
The Hon. RONALD M. WHYTE
United States District Judge