1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

E-filed on:   4/30/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MAX FERNANDEZ,

Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

Defendant.

No. C-08-02266 RMW

ORDER SETTING BRIEFING SCHEDULE
ON PLAINTIFF'S MOTION FOR AWARD
OF ATTORNEY'S FEES

**[Re Docket No. 16]**

On March 25, 2009, Plaintiff filed a Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act.  Defendant shall file its opposition brief, if any, on or before May 27, 2009.  Plaintiff shall have until June 10, 2009 in which to file any reply papers.  The matter will be submitted for decision without argument upon completion of the briefing.

DATED:      4/28/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER SETTING BRIEFING SCHEDULE
No. C-08-2266 RMW
TER

**United States District Court**
For the Northern District of California

1  **Notice of this document has been electronically sent to:**

2  **Counsel for plaintiff:**

3  Terry LaPorte                    terry@terrylaporte.com

4  **Counsel for defendant:**

5  Sarah Lynn Ryan                  sarah.ryan@ssa.gov

6

7

8

9  Counsel are responsible for distributing copies of this document to co-counsel that have not
10 registered for e-filing under the court's CM/ECF program.

11

12 **Dated:**    4/30/09                              TER
                                          **Chambers of Judge Whyte**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER SETTING BRIEFING SCHEDULE
No. C-08-2266 RMW
TER                                           2